UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>V.<br><br>**PHILLIP MORGAN JOSEPH,**<br>    Defendant. | **CRIMINAL NO. 7:13-25-KKC**<br><br>**ORDER** |

This matter is before the Court following the Defendant's waiver of allocution regarding a Recommended Disposition issued by Judge Edward B. Atkins. (DE 368.) In the Recommended Disposition, Judge Atkins makes certain recommendations regarding the Defendant's admitted violation of the terms of his supervised release. (DE 365 at 7.) No party has filed objections to the recommendation, and the Defendant has waived allocution. (DE 368.) Prior to receiving the Defendant's waiver of allocution, the Court set a sentencing date on June 12, 2020. (DE 366.)

In light of the Defendant's waiver of allocution, the Court, being sufficiently advised, **HEREBY ORDERS** as follows:

(1) The Recommended Disposition (DE 365) is **ADOPTED** as the Court's opinion. The Court will enter a Judgment consistent with the recommendation.

(2) The sentencing hearing set for June 12, 2020 is **CANCELLED**.

Dated May 18, 2020.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY