UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>PHILLIP JOSEPH MORGAN,<br>    Defendant. | CRIMINAL NO. 7:13-25-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a recommended disposition in which Magistrate Judge Edward B. Atkins makes certain recommendations regarding Defendant's admitted violations of the terms of his supervised release (DE 389). No party has filed objections to the recommendation; however, the defendant has not waived his right to appear before the district judge, to make a statement, and present mitigating information. Therefore,

IT IS ORDERED that the recommended disposition (DE 389) is ADOPTED to the extent of the Magistrate Judge's determination that the violations of supervision occurred. This matter SHALL come before the Court for a final hearing on **July 22, 2021** at the hour of **10:30 A.M.**, in **Lexington**, for purposes of allocution and sentencing.

Dated July 12, 2021.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY